

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-15-00065-CR

**IN RE** Robert **MARTINEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  February 18, 2015

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On February 10, 2015, relator filed a pro se petition for writ of mandamus seeking an order from this court directing the Zavala County Sheriff to respond to relator's request for information. This court does not have jurisdiction to grant the requested relief. By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). We conclude the writ is not necessary to enforce our jurisdiction in this instance. Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

---

[1] This proceeding arises out of Cause No. 2013CR4546, styled *The State of Texas v. Robert Martinez*, pending in the 186th Judicial District Court, Bexar County, Texas.

Additionally, relator requested leave to file his petition for writ of mandamus. No leave is required to file a petition for writ of mandamus in this court. TEX. R. APP. P. 52. Therefore, relator's request for leave to file is denied as moot.

PER CURIAM

DO NOT PUBLISH